UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 05313
    KELLEY Y BROCK
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5856

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/26/2007 and was confirmed 06/18/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 02/04/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | 17000.00 | 977.93 | 1417.30 |
| DRIVE FINANCIAL SERVICES | UNSECURED | 5330.53 | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 372.23 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 216.33 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 402.14 | .00 | .00 |
| PREFERRED CASH | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 4925.00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| SBC ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 367.35 | .00 | .00 |
| EVANSTON NW HEALTHCR PED | UNSECURED | NOT FILED | .00 | .00 |
| ST FRANCIS | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL LOUIS UNIVERSIT | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON & CO | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| RCN | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 84.13 | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 3270.98 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 635.59 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 3382.17 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 362.22 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,134.00 | | 163.31 |
| TOM VAUGHN | TRUSTEE | | | 181.46 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------


                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 05313 KELLEY Y BROCK

```
TRUSTEE                              2,740.00


PRIORITY                                            .00
SECURED                                        1,417.30
     INTEREST                                    977.93
UNSECURED                                           .00
ADMINISTRATIVE                                   163.31
TRUSTEE COMPENSATION                             181.46
DEBTOR REFUND                                       .00
                            ---------------   ---------------
TOTALS                        2,740.00          2,740.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


   Dated: 05/23/08                /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE